# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ARACELY SHULTS § | |
| § | |
| V. § | CASE NO. 4:10cvCV685 |
| § | (Judge Schneider/Judge Mazzant) |
| § | |
| DIVERSIFIED COLLECTION § | |
| SERVICES, INC. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 11, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Amended Second Notice of Improper Communication with Client and Motion for Sanctions Under the Inherent Powers of the Court (Dkt. #14) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Amended Second Notice of Improper Communication with Client and Motion for Sanctions Under the Inherent Powers of the Court (Dkt. #14) is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 3rd day of November, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE